# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

|  |  |
|---|---|
|  | Date of Arrest: June 26, 2019 |
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>vs.<br><br>Francisco Javier ANGULO-Lopez,<br>Defendant.<br><br>YOB: 1997<br>U.S. Citizen | ) Magistrate's Case No. 19-1493MJ<br>)<br>) COMPLAINT FOR VIOLATION OF<br>)<br>) 21 U.S.C. § 841(a)(1) and<br>) (b)(1)(A)(viii), Possession of a<br>) Controlled Substance with Intent<br>) to Distribute (Methamphetamine)<br>) Count One |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about June 25, 2019, near Quartzsite, Yuma County, Arizona, within the District of Arizona, the defendant, Francisco Javier ANGULO-Lopez, did knowingly or intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers or salts of its isomers; a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

And the Complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Louis Uhl

_____
Special Agent Matthew Fogarty
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, June 26, 2019 at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

UNITED STATES OF AMERICA

Vs.

Francisco Javier ANGULO-Lopez

**STATEMENT OF FACTS**

I, Special Agent Matthew Fogarty, Drug Enforcement Administration, being duly sworn, declare the following:

On June 25, 2019 at approximately 2140 hours, Francisco Javier ANGULO-Lopez (hereinafter referred to as ANGULO), a United States Citizen, presented himself at the fixed United States Border Patrol immigration checkpoint located at mile marker 76 of Highway 95 between Yuma and Quartzsite, in Yuma County, Arizona, within the District of Arizona. ANGULO was the driver of a silver Toyota Corolla, bearing Arizona license plate CGS1158. Border Patrol Agent (BPA) John Hogan was conducting immigration inspections at the primary inspection area at the time of the stop. BPA Hogan detected suspicion in ANGULO's story about his direction and route of travel and subsequently referred him to the secondary inspection area.

At the secondary inspection area, the BPA made contact with ANGULO. ANGULO gave consent to a search of his vehicle. The BPA conducted physical and non-intrusive ZBV backscatter search of the vehicle. The ZBV images displayed anomalies throughout the vehicle. A canine sniff was also performed yielding a positive alert. A subsequent search of the vehicle revealed 25 cellophane wrapped packages concealed within the doors and spare tire of the vehicle.

The contents of the packages were field tested and tested positive for the characteristics of methamphetamine. The packages were transported to the Drug Enforcement Administration (DEA) Yuma Resident Office (YRO) for processing and safekeeping. The approximate gross weight of the sealed packages was 12.5 kilograms.

In a post-Miranda interview with Agents from the Drug Enforcement Administration (DEA), ANGULO invoked his right to counsel.

Based on the foregoing, there is probable cause to believe that the defendant, ANGULO, committed the offenses as alleged in the Complaint.

_____
Special Agent Matthew Fogarty
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, June 26, 2019, at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge